Case 6:14-cr-06149-EAW-JWF   Document 18   Filed 12/04/14   Page 1 of 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
         Plaintiff,

v.

WILLIE HARRIS,
         Defendant.

**ORDER**
Case Number: 14-cr-6149

FILED DEC 04 2014 MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY

On December 2, 2014, oral argument was held on defendant's omnibus motions. **(Docket #16)**. The motions specifically identified below were raised by defendant and addressed by this Court as indicated below.

|   | Motion | Granted | Denied | Denied w/o prejudice | Reserved | Withdrawn | Moot |
|---|---|---|---|---|---|---|---|
|   | (1) Audibility Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   | (2) Bill of Particulars: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (3) *Brady* Material: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   | (4) Co-conspirator statements/James Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   | (5) Disclosure of Witness List: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (6) Discovery and Inspection: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (7) Dismissal of Indictment: |   |   |   |   |   |   |
|   |    (a) Grand Jury Voting Irregularities: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   |    (b) Improper Grand Jury Instructions: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   |    (c) Insufficiency (multiplicity): | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|   |    (d) Selective Prosecution: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (8) Ruling on Fed.R.Crim.P. 404(b): | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (9) Ruling on Fed.R.Crim.P. 608: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (10) Ruling on Fed.R.Crim.P. 609: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (11) *Frank's* Hearing: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|   | (12) Identification of Informant(s): | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   | (13) Join Motions of Co-Defendant(s): | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   | (14) Severance: |   |   |   |   |   |   |
|   |    (a) Of Counts: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   |    (b) Of Defendants: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   | (15) Strike Surplusage: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (16) Suppress Identification: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|   | (17) Suppress Evidence: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (18) Suppress Statements: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|   | (19) Suppress Wiretap Conversations: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   | (20) *Wade* Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| x | (21) Other(s) *(Specify)*: |   |   |   |   |   |   |
|   |    (a) Jencks material | ☒* | ☐ | ☐ | ☐ | ☐ | ☐ |
|   |    (b) Preservation of rough notes | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   |    (c) Govt. Motion for reciprocal discovery | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   |    (d) _____ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|   |    (e) _____ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

* Granted: to be produced 2 weeks prior to trial.

**Note: For any motions in which multiple boxes are marked, such motion was decided in part as specified.**

The factual findings and conclusions of law to support this decision are set forth in the transcript of proceedings of December 2, 2014. The transcript of that proceeding is specifically incorporated as my written statement of reasons for the above order.

Dated: December 4, 2014

                                                         Jonathan W. Feldman, US Magistrate Judge