UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                                    14 CR 6149 - JWF/EAW

WILLIE HARRIS,                                        AFFIDAVIT

Defendant.

---

STATE OF NEW YORK )
COUNTY OF MONROE ) ss:
CITY OF ROCHESTER )

SAM DIMAGGIO, being duly sworn, deposes and says:

I am the property supervisor of 49 Troup Street in Rochester, NY. I have been at my job for five years. In June 2014, Willie Harris had been a resident at the apartment complex for about a year and I never had any problems with him. I never suspected him of pimping. There are 36 apartments in my building.

I have read paragraphs 14 and 15 of the warrant application in this case and they are inaccurate.

I spoke to two FBI agents in June of 2014. I spoke to them for about one minute when they visited me at 49 Troup Street. I have never seen a lot of men coming out of Apartment 21 in relation to Mr. Harris. Previously, a woman named Tracy lived at that apartment and she had men coming in and out. I told the agents about Tracy and they did not want to hear about her. Men never came in and out of the apartment while Harris was there and I never suggested that Harris was running girls out of his apartment.

Harris never offered any girls to me for sex or prostitution purposes. I have never seen Harris do anything wrong and he is one of the better tenants that I have.

The next day, the agents came back and showed me two photo arrays. This meeting was very brief. I could not identify either Willie Harris or the girl they mentioned. In one of the arrays, the agents pointed to Harris and I identified him after they pointed at his picture. I never identified the girl they wanted me to in the second array and could not do it now.

AO 72A
(Rev. 8/82)

_____
SAM DIMAGGIO

Sworn to before me this

15th day of December, 2014

_____
Notary Public

STEVEN GEORGE SLAWINSKI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SL6267374
Qualified in Monroe County
Commission Expires August 9, 2016