IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------
UNITED STATES OF AMERICA,

    -vs-                                 14-CR-6149 EAW

WILLIE HARRIS,

         Defendant.
--------------------------------------------------------------------------

## GOVERNMENT'S PROPOSED VOIR DIRE

The United States of America, by and through its attorney, William J. Hochul, Jr.,

United States Attorney for the Western District of New York, Craig R. Gestring, Assistant

United States Attorney, of counsel, hereby files its proposed voir dire questions.

In addition to the Court's standard voir dire questions, the Government respectfully

requests that the following additional questions be posed to the panel:

1. Does anyone have any personal political beliefs that would impact your ability to be fair and impartial in this case?

2. Does anyone have any strong feelings – for or against – rights to possess firearms and ammunition?

3. Does anyone have any feelings – for or against – the United States government's regulation of firearms?

4.      Does anyone have any strong feelings – for or against – prohibitions on possessing controlled substances?

5.      Does anyone have any feelings – for or against – the United States government's regulation of controlled substances?

6.      Does anyone have any strong feelings against the government?

7.      Does anyone have any specialized training or experience in the health care field?

8.      Has anyone ever been addicted to controlled substances or do you know anyone who has been or is addicted to controlled substances?

Dated:          February 26, 2016

Respectfully submitted,

WILLIAM J. HOCHUL, JR.
United States Attorney

By:     s/CHARLES E.MOYNIHAN
Assistant U.S. Attorney
Western District of New York
100 State Street, Room 500
Rochester, New York 14614
(585) 399-3971
Charles.moynihan@usdoj.gov