<u>U.S. v. Willie Harris</u>
CASE NO. 14-CR-6149EAW

# GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 1A-V | Photographs from 49 Troup Street, Apt. 21, Rochester, New York | | |
| | | | |
| 2 | shotgun | | |
| 3 | glassine bags containing cocaine | | |
| 4 | shotgun shells contained inside plastic shopping bag | | |
| 5 | digital scale | | |
| 6 | packaging material | | |
| 7 | mail | | |
| 8 | Miranda card | | |
| 9 | Written statement | | |
| 10 | compact disc with recording of telephone calls from Monroe County Jail | | |
| 11 | compact disc with recording of telephone calls from Monroe County Jail | | |
| 12 | transcript of recorded telephone calls from Monroe County jail | | |
| | | | |
| 20 | fingerprint card from prior arrest | | |
| 21 | fingerprint card from current arrest | | |
| 22 | certificate of conviction from prior felony conviction | | |
| | | | |