IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| -vs- | : | 14-CR-6149EAW |
| | : | |
| WILLIE HARRIS, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through its attorneys, William J. Hochul, Jr., United States Attorney for the Western District of New York, Charles E. Moynihan, Assistant United States Attorney, of counsel, hereby files its Witness List and requests leave to add witnesses if more information is obtained prior to and during the trial.

DATED:   Rochester, New York
              February 26, 2016

                                             Respectfully submitted,

                                             WILLIAM J. HOCHUL, JR.
                                             United States Attorney

                         By:   s/CHARLES E. MOYNIHAN
                               Assistant United States Attorney
                               United States Attorney's Office
                               Western District of New York
                               100 State Street, Ste. 620
                               Rochester, New York 14614
                               (585)263-6760, ext. 23971
                               Charles.Moynihan@usdoj.gov

## Government's Witness List

1. **Andrew Ashton, Bureau of Alcohol, Tobacco, Firearms and Explosives**, will testify regarding, but not limited to his research and conclusion that the short-barreled shotgun was not registered to and was not acquired by lawful manufacture, importation or making by or transfer to the defendant.

2. **Todd Czebatol, Monroe County Crime Laboratory**, will testify concerning the process by which law enforcement retrieves fingerprints from individuals who are arrested and housed at the Monroe County Jail and will offer testimony that the fingerprint cards from the defendant's prior arrests are business records.

3. **Barry Couch, Federal Bureau of Investigation**, will testify to, but not limited to, his involvement in this investigation.

4. **Charles Facteau, Global Tel-Link**, will testify to, but not limited to, his involvement in this investigation.

5. **Richard Hoepfl, Monroe County Crime Laboratory**, will testify concerning his examination of the firearms and ammunition seized during this investigation.

6. **Kathy King, Rochester Police Department**, will testify concerning but not limited to her involvement this investigation.

7. **Shane Leddon, Rochester Police Department**, will testify to, but not limited to, his involvement in this investigation.

8. **Michael Preisser, Federal Bureau of Investigation**, will testify to, but not limited to, his involvement in this investigation.

9. **M. Dixon Robin, Bureau of Alcohol, Tobacco, Firearms and Explosives**, will testify regarding, but not limited to his research and conclusion regarding the place of manufacture of the firearm and ammunition in question.

10. **Thomas Rodwell, Monroe County Crime Laboratory**, will testify to his qualifications as a forensic chemist and will testify regarding his analysis of the controlled substances that were seized in connection with this investigation.

11. **Jaime Torres, United States Marshal's Service**, will testify regarding retrieving a set of fingerprints from the current arrest.

12. **Brian Tucker, Rochester Police Department**, will testify to, but not limited to, his involvement in this investigation.