UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | **DEFENDANT'S PROPOSED WITNESS LIST** |
| -vs- | |
| WILLIE HARRIS, | 14-CR-6149EAW |
| Defendant. | |

---

The Defendant, by and through his attorney, BRYAN S. OATHOUT, ESQ., hereby files his Witness List and requests leave to add witnesses if more information is obtained prior to and during the trial.

Dated: February 27, 2016
Rochester, New York

              Respectfully submitted,

              /s/Bryan S. Oathout
              BRYAN S. OATHOUT, ESQ.
              Attorney for Defendant
              Suite 400
              30 West Broad St.
              Rochester, New York 14614
              Telephone: (585)317-2211
              Email: bso@bryanoathoutlaw.com

## Defendant's Potential Witness List

1. **Charnice Gibson**, Defendant's girlfriend, will testify regarding events leading up to the day of Defendant's arrest.

2. **Daniel Simmons,** Defendant's nephew, will testify regarding events leading up to the day of Defendant's arrest and items found pursuant to the search warrant.