UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | **DEFENDANT'S PRE-TRIAL SUBMISSIONS** |
| -vs- | |
| **WILLIE HARRIS,** | 14-CR-6149EAW |
| Defendant. | |

---

The Defendant, by and through his attorney, BRYAN S. OATHOUT, ESQ., hereby files his Pre-trial submissions per the Court's request.

<u>Trial Attorney</u>

Bryan S. Oathout, Esq. 30 West Broad Street, Suite 400, Rochester, NY 14614.

<u>Defendant</u>

Willie Harris, Livingston County Jail, 4 Court Street, Geneseo, New York 14454

<u>Exhibit List</u>

None at this time. The defendant reserves the right to file an exhibit list with the Court at a later date closer to trial.

<u>Impeachment of Witnesses Under the Federal Rules of Evidence 608/609</u>

To date the defendant has not received any information relating to the potential government witness's Andrew Ashton, Todd Czebatol, Barry Couch, Charles Facteau, Richard Hoepfl, Kathy King, Michael Preisser, M. Dixon Robin, Thomas Rodwell, Jaime Torres, and Brian Tucker. To the extent any of these individuals have prior criminal convictions; defense counsel reserves the right to file notice of any intent to impeach the potential witness's under Federal Rules of Evidence 608 and 609.

Dated: February 27, 2016
      Rochester, New York

                                      Respectfully submitted,

                                      /s/Bryan S. Oathout
                                      BRYAN S. OATHOUT, ESQ.
                                      Attorney for Defendant
                                      30 West Broad Street, Suite 400
                                      Rochester, New York 14614
                                      Telephone: (585)317-2211
                                      Email: bso@bryanoathoutlaw.com