IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.                                                             14-CR-6149EAW

WILLIE HARRIS,

                    Defendant.

## INFORMATION PURSUANT TO 21 U.S.C. § 851

**PLEASE TAKE NOTICE** that, upon the defendant's conviction of a violation of Title 21 of the United States Code, Section 841(a)(1) providing for increased punishment in the event of one or more prior final convictions for a felony drug offense, the United States intends to rely upon the defendant's prior felony conviction on or about May 1, 2003, in the Supreme Court, Monroe County, New York, Indictment No. 2003-0037, for a violation of New York Penal Law Section 220.39(1) [Criminal Sale of a Controlled Substance in the Third Degree] as the basis for the imposition of such increased punishment.

DATED: Rochester, New York, March 10, 2016.

                                                        WILLIAM J. HOCHUL, JR.
                                                        United States Attorney

                    BY:     s/CHARLES E. MOYNIHAN
                               Assistant United States Attorney
                               United States Attorney's Office
                               Western District of New York
                               100 State Street, Suite 500
                               Rochester, New York 14614
                               (585) 399-3971
                               Charles.Moynihan@usdoj.gov

TO:   BRYAN OATHOUT, ESQ.