<u>U.S. v. Willie Harris</u>
**CASE NO. 14-CR-6149EAW**

# GOVERNMENT'S AMENDED EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|
| 1A-V | Photographs from 49 Troup Street, Apartment 21, Rochester, New York | | |
| 2 | Diagram of 49 Troup Street, Apartment 21 | | |
| 3 | shotgun | | |
| 4 | glassine bags containing cocaine | | |
| 5 | shotgun shells contained inside plastic shopping bag | | |
| 6 | digital scale | | |
| 7 | packaging material | | |
| 8 | Miranda card | | |
| 9 | Written statement | | |
| 9A | Redacted Written Statement | | |
| 10 | compact disc with recording of telephone call from Monroe County Jail | | |
| 10A | Redacted compact disc with recording of telephone call from Monroe County Jail | | |
| 11 | transcript of recorded telephone call from Monroe County jail | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| EXHIBIT | DESCRIPTION | WITNESS | ADMITTED |
|---------|-------------|---------|----------|
| 20 | fingerprint card from prior arrest | | |
| 21 | fingerprint card from current arrest | | |
| 22 | certificate of conviction from prior felony conviction | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |