IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| -vs- | 14-CR-6149EAW |
| WILLIE HARRIS, | |
| Defendant. | |

      The United States of America, by and through its attorney, William J. Hochul, Jr., United States Attorney for the Western District of New York, Charles E. Moynihan, of counsel, hereby submits an amended supplemental expert disclosure pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, and requests leave to submit such other disclosures as may be appropriate prior to or at the close of the evidence.

      **1.    Richard Hoepfl**

      Richard Hoepfl, a Firearms Examiner with the Monroe County Public Safety Laboratory, is expected to testify concerning his examination of the subject firearm, and offer expert testimony concerning the characteristics and operability of the firearm. A statement of Richard Hoepfl's qualifications will be forwarded under separate cover.

### 2. Ryan Szwejbka

Ryan Szwejbka, a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, is expected to testify concerning his examination of the subject firearms and ammunition, and offer expert testimony concerning the characteristics and operability of the firearms and ammunition, as well as their out-of-state origins. A statement of Special Agent Szwejbka's qualifications has been previously forwarded under separate cover.

### 3. Thomas Rodwell

Thomas Rodwell, a Forensic Chemist employed by the Monroe County Public Safety Laboratory, is expected to testify regarding tests conducted on the seized suspected controlled substances, offer expert testimony as to their weight, and identify them as cocaine base. Mr. Rodwell's curriculum vitae will be forwarded under separate cover to counsel prior to trial.

### 4. Kathy King

Kathy King will offer expert testimony that the defendant is the same person that was previously arrested and convicted, as alleged in the Indictment, based on a comparison of fingerprint cards associated with the prior and current arrests.

Kathy King has been employed in the Identification Unit of the Rochester Police Department for over 20 years. Her daily duties involve the review and comparison of known fingerprints. King was certified by the Federal Bureau of Investigation in 1987, after attending a one-week training class. She has remained current and is familiar with literature in the area of fingerprint identification and comparison. King compares fingerprints on a daily basis and has compared on average 40 sets of fingerprints per day. She has been qualified as an expert and provided expert testimony in Monroe County Court, New York State Supreme Court, in the Monroe County Grand Jury and Federal Court in the Western District of New York. King's work is routinely reviewed by other fingerprint experts within her unit.

DATED:   Rochester, New York, March 11, 2016

        Respectfully submitted,

        WILLIAM J. HOCHUL, JR.
        United States Attorney

By:   s/Charles E. Moynihan
      CHARLES E. MOYNIHAN
      Assistant United States Attorney
      U.S. Attorney's Office
      Western District of New York
      100 State St.
      Rochester, New York 14614
      (585) 263-6760, ext. 23971
      Charles.Moynihan@usdoj.gov