UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

WILLIE HARRIS,

        Defendant.

**VERDICT SHEET**

14-CR-6149

---

## COUNT ONE

1. How do you find as to defendant, Willie Harris, as to the offense charged of possession with the intent to distribute a controlled substance?

   Not Guilty_____     Guilty__✓__

   *If you answered Not Guilty, proceed to Question 2.*
   *If you answered Guilty, proceed to Question 3.*

2. How do you find as to defendant, Willie Harris, as to the lesser offense of possession of a controlled substance?

   Not Guilty_____     Guilty_____

   *Proceed to Question 3.*

- 1 -

## COUNT TWO

3. How do you find as to defendant, Willie Harris, as to the offense charged of maintaining a drug-involved premises?

   Not Guilty ✓          Guilty _____

   *Proceed to Question 4.*

## COUNT FOUR

4. How do you find as to defendant, Willie Harris, as to the offense charged of possessing a shotgun having a barrel of less than 18 inches in length?

   Not Guilty ✓          Guilty _____

   *Proceed to Question 5.*

## COUNT FIVE

5. How do you find as to defendant, Willie Harris, as to the offense charged of knowingly possessing a shotgun not registered to him in the National Firearms Registration and Transfer Record?

   Not Guilty _____     Guilty ✓

**STOP AND REPORT YOUR VERDICT**

I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE.

Dated: March 18, 2016

REDACTED FOREPERSON SIGNATURE

- 2 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

WILLIE HARRIS,

Defendant.

**VERDICT SHEET**

14-CR-6149

---

COUNT THREE

6. How do you find as to defendant, Willie Harris, as to the offense charged of being a person convicted of a crime punishable by imprisonment for a term exceeding one year who possessed a firearm and ammunition shipped in interstate commerce?

Not Guilty_____          Guilty ✓

**STOP AND REPORT YOUR VERDICT**

I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE.

Dated: March 18, 2016

REDACTED FOREPERSON SIGNATURE