UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

WILLIE HARRIS,

        Defendant.

---

**SENTENCING GUIDELINE ORDER**

Case No. 14-CR-6149 EAW

*FILED MAR 22 2016 — MARY C. LOEWENGUTH, CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NY*

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Charles Moynihan |
| DEFENSE ATTORNEY | Brian Oathout |
| INTERPRETER (YES OR NO) | No |
| DATE OF VERDICT | March 18, 2016 |
| SENTENCING DATE | June 28, 2016 at 3 p.m. |
| INITIAL PSR DUE | May 24, 2016 (35 DAYS PRIOR TO SENTENCING) |
| OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | June 7, 2016 (14 DAYS AFTER RECEIPT OF THE PSR) |
| RESPONSES TO ANY OBJECTIONS OR MOTIONS DUE | June 14, 2016 (14 DAYS PRIOR TO SENTENCING) |

- 1 -

| | |
|---|---|
| 5K.1 APPLICATION, IF ANY, DUE | June 20, 2016 |
| | (10 DAYS PRIOR TO SENTENCING) |
| LETTERS OR SIMILAR SUBMISSIONS DUE | June 20, 2016 |
| | (10 DAYS PRIOR TO SENTENCING) |
| FINAL PSR DUE | June 21, 2016 |
| | (7 DAYS PRIOR TO SENTENCING) |

The deadlines set forth above are based on the sentencing date originally set by the Court. If the Court grants an adjournment of the sentencing date, the parties are obligated to calculate the new deadlines for submission based on any adjourned sentencing date. In other words, whatever the sentencing date, the general time requirements set forth above apply.

**SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.**

NOTE:  MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE.

SO ORDERED.

Dated: Rochester, New York
       March 22, 2016

Elizabeth A. Wolford
United States District Judge