IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                14-CR-6149-EAW

WILLIE HARRIS,

                        Defendant.

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government has reviewed the Pre-Sentence Report (PSR) with respect to sentencing factors as to WILLIE HARRIS in this action and has no objection to the contents contained therein.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

It is requested that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

>Asset Forfeiture/Financial Litigation Unit
>U.S. Attorney's Office--WDNY
>138 Delaware Avenue
>Buffalo, New York  14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

The defendant is required by 18 U.S.C. §3013 to pay the sum of $300 due at the time of sentencing.  Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

DATED:  Rochester, New York, August 30, 2016

>WILLIAM J. HOCHUL, JR.
>United States Attorney

TO: Bryan Oathout, Esq.  
    Sarah C. Whitcomb, USPO

BY: S/CHARLES E. MOYNIHAN  
Assistant United States Attorney  
United States Attorney's Office  
100 State Street, Suite 500  
Rochester, New York  14614  
(585) 399-3971  
Charles.Moynihan@usdoj.gov

2