IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            -vs-

WILLIE HARRIS,

                    Defendant.

NOTICE OF APPEAL

6:14CR06149-001

---

    Notice is hereby given that Willie Harris, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from all parts of the above-entitled case, and the final judgment entered in this action on the 15th day of September, 2016.

Dated: September 20, 2016

                                            Bryan S. Oathout, Esq.
                                            Attorney for Defendant
                                            30 West Broad Street, Suite 400
                                            Rochester, New York 14614
                                            Tel: (585) 317-2211
                                            Fax: (585) 232-6919

**IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

        -vs-                                                                                       6:14CR06149-001

**WILLIE HARRIS,**

                        Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2016 I personally served the foregoing Notice of Appeal by hand delivering a copy to:

                Charles Moynihan, Esq.
                Assistant United States Attorney
                100 State Street, Room 500
                Rochester, New York 14614

Dated: September 20, 2016

                                                Bryan S. Oathout, Esq.
                                                Attorney for Defendant
                                                30 West Broad Street, Suite 400
                                                Rochester, New York 14614
                                                Tel: (585) 317-2211
                                                Fax: (585) 232-6919

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

WILLIE HARRIS,

                Defendant.

CTA Docket #:

INDEX TO RECORD ON APPEAL

6:14CR06149-001

| | | | District Court Docket Number |
|---|---|---|---|
| 1. | Indictment as to Willie Harris | | 11 |
| 2. | Suppression Hearing as to Willie Harris | (1/30/15) | 29 |
| 3. | Decision and Order denying Motion to Suppress as to Willie Harris | | 30 |
| 4. | Report and Recommendations | | 39 |
| 5. | Order Adopting Report and Recommendations | | 48 |
| 6. | Court Appearance on September 19, 2015 | | 51 |
| 7. | Jury Trial as to Willie Harris | (3/14/16) | 76 |
| 8. | Jury Trial as to Willie Harris | (3/15/16) | 77 |
| 9. | Jury Trial as to Willie Harris | (3/16/16) | 78 |
| 10. | Jury Trial as to Willie Harris | (3/17/16) | 79 |
| 11. | Jury Trial as to Willie Harris | (3/18/16) | 80 |
| 12. | Jury Verdict as to Willie Harris | | 81 |
| 13. | Motion for New Trial by Willie Harris | | 83 |
| 14. | Motion for Acquittal by Willie Harris | | 84 |
| 15. | Order on Motion for New Trial/Acquittal Motion | | 98 |
| 16. | Objections to PSR | | 102 |
| 17. | Sentencing of Willie Harris | | 104 |

18.	Judgment as to Willie Harris							107

19.	Notice of Appeal

It is our intention to file a Supplemental Index to include other transcripts as deemed necessary upon the writing of the appeal.

Dated:	September 20, 2016
	Rochester, New York

	Respectfully submitted,

	BRYAN S. OATHOUT, ESQ.
	Attorney for Defendant
	30 West Broad Street, Suite 400
	Rochester, New York 14614
	Tel: (585) 317-2211
	Fax: (585) 325-4696